SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  Intake Clerk *

2.  Case Administrator

FROM:    Financial Administrator

DATE: __8/1/2017__

CASE NAME: __Richards__

CASE NUMBER: __13-24177-CMB__

---

Check Number __118__ in the amount of $ __135.63__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __13065__    Intake Clerk's Initials __[signature]__

---

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F