**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re: RICHARDS, ROBERT E., JR. § Case No. 13-24177-CMB
RICHARDS, AMANDA R. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $136,720.00        Assets Exempt: $50,520.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,187.08       Claims Discharged
                                                  Without Payment: $35,739.57

Total Expenses of Administration: $36,812.92

---

3) Total gross receipts of $ 67,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,500.00 (see **Exhibit 2**), yielded net receipts of $43,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $146,321.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,812.92 | 36,812.92 | 36,812.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,362.43 | 16,680.39 | 6,337.87 | 6,187.08 |
| **TOTAL DISBURSEMENTS** | $189,683.43 | $53,493.31 | $43,150.79 | $43,000.00 |

4) This case was originally filed under Chapter 7 on October 03, 2013. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2017          By: /s/Charles O. Zebley, Jr.
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL LAWSUIT AGAINST LONGHORN STEAKHOUSE | 1149-000 | 67,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$67,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert E. Richards, Jr. and Amanda R. Richards | Debtors' Exemptions Per 11/4/14 Order (Doc. No. 81) | 8100-002 | 24,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$24,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Members 1st FCU | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank National Association c/o Alyk L. | 4110-000 | 131,321.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$146,321.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 5,050.00 | 5,050.00 | 5,050.00 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 24.14 | 24.14 | 24.14 |
| Attorney for Trustee Expenses (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 901.11 | 901.11 | 901.11 |
| Attorney for Trustee Fees (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3110-000 | N/A | 4,625.00 | 4,625.00 | 4,625.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.12 | 29.12 | 29.12 |
| Other - Haggerty & Silverman, P.C. | 3210-000 | N/A | 22,500.00 | 22,500.00 | 22,500.00 |
| Other - Haggerty & Silverman, P.C. | 3220-000 | N/A | 3,521.92 | 3,521.92 | 3,521.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.29 | 80.29 | 80.29 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 22.18 | 22.18 | 22.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.98 | 34.98 | 34.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.18 | 24.18 | 24.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $36,812.92 | $36,812.92 | $36,812.92 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC | 7100-000 | N/A | 8,760.76 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 2,414.23 | 2,414.23 | 2,414.23 | 2,408.33 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,519.63 | 221.08 | 221.08 | 220.54 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 223.10 | 388.65 | 388.65 | 387.70 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 215.00 | 225.78 | 225.78 | 225.23 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 789.92 | 789.92 | 789.92 | 787.99 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 724.00 | 724.26 | 724.26 | 722.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | VISITING NURSE ASSOC. | 7100-000 | 135.86 | 135.96 | 135.96 | 0.00 |
| 9 | CITIBANK, N.A. | 7100-000 | 943.91 | 493.91 | 493.91 | 492.70 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 808.00 | 808.45 | 808.45 | 806.47 |
| 11 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 7100-000 | N/A | 1,581.76 | 0.00 | 0.00 |
| NOTFILED | Lancaster General Hospital | 7100-000 | 709.00 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster General Health | 7100-000 | 233.00 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster General Hospital | 7100-000 | 552.00 | N/A | N/A | 0.00 |
| NOTFILED | Hospital Billing - CHOP | 7100-000 | 747.03 | N/A | N/A | 0.00 |
| NOTFILED | Infection Specialist of Lancaster c/o Credit Bureau | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Infection Specialist of Lancaster c/o Credit Bureau | 7100-000 | 117.90 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster County Prothonotary | 7100-000 | 1,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Red Rose Emergency | 7100-000 | 658.00 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery Agency | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | One Main Financial | 7100-000 | 11,890.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Services | 7100-000 | 724.00 | N/A | N/A | 0.00 |
| NOTFILED | May & Grant Obstetrics | 7100-000 | 2,104.53 | N/A | N/A | 0.00 |
| NOTFILED | Lehigh Valley Respiratory Care | 7100-000 | 590.86 | N/A | N/A | 0.00 |
| NOTFILED | LGMG-Lanc General Pediatric Specialists | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | H&R Block Bank | 7100-000 | 1,127.70 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster General Hospital c/o Lancaster Collections | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster General Hospital | 7100-000 | 1,084.61 | N/A | N/A | 0.00 |
| NOTFILED | PPL Electric Utilities | 7100-000 | 4,097.79 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 2,754.00 | N/A | N/A | 0.00 |
| NOTFILED | Frost Arnett Company | 7100-000 | 747.03 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank c/o LTD Financial Services | 7100-000 | 1,630.92 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau of Lancaster, Inc. | 7100-000 | 2,656.41 | N/A | N/A | 0.00 |
| NOTFILED | Anesthesia of Lancaster c/o National Recovery | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian D. Sowatsky, DDS | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| NOTFILED | Aargon Collection Agency | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Allegheny Valley Hospital | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Ephrata Hospital c/o Financial Recoveries | 7100-000 | 202.00 | N/A | N/A | 0.00 |
| | Clerk, U.S. Bankruptcy Court | 7100-001 | N/A | 135.63 | 135.63 | 135.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$43,362.43** | **$16,680.39** | **$6,337.87** | **$6,187.08** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-24177-CMB  
**Case Name:** RICHARDS, ROBERT E., JR.  
RICHARDS, AMANDA R.  
**Period Ending:** 09/28/17

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 10/03/13 (f)  
**§341(a) Meeting Date:** 11/08/13  
**Claims Bar Date:** 05/31/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VACANT HOUSE LOCATED IN LANCASTER PA | 119,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT AT S&T BANK<br>(W) | 300.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT AT SOVEREIGN BANK | 0.00 | 0.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSIT TO CURRENT LANDLORS | 850.00 | 0.00 | | 0.00 | FA |
| 6 | SECURITY DEPOSIT TO ELECTRIC COMPANY | 100.00 | 0.00 | | 0.00 | FA |
| 7 | SECURITY DEPOSIT TO PEOPLE'S GAS | 100.00 | 0.00 | | 0.00 | FA |
| 8 | SECURITY DEPOSIT TO WATER COMPANY | 100.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY | 5,500.00 | 0.00 | | 0.00 | FA |
| 12 | POTENTIAL LAWSUIT AGAINST LONGHORN STEAKHOUSE<br>(W)<br>Amended value | 60,000.00 | 50,000.00 | | 67,500.00 | FA |
| 13 | 2006 CHEVROLET TRAILBLAZER | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1997 HONDA ACCORD<br>(W) | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1 DOG | 0.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$196,720.00** | **$50,000.00** | | **$67,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Report of unclaimed funds filed 7/31/17. TFR filed February 27, 2015. A check was not cashed by creditor. Trustee will see if he can find a better address for the uncashed check. If not, based on the information on hand he will either petition to redistribute the funds of pay the money into court.

TFR filed February 27, 2015. A check was not cashed by creditor. Trustee will see if he can find a better address for the uncashed check. If not, based on the information on hand he will either petition to redistribute the funds of pay the money into court.

Trustee's Notice of Assets & Request for Notice to Creditors Filed 2/27/14; Application to Employ Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. as Attorney for Trustee Filed 2/27/14; Order Granting Application to Employ Charles O. Zebley, Jr. for Charles O. Zebley, Jr., Trustee (Related Doc # [23]) Signed on 2/27/2014;

Printed: 09/28/2017 09:18 AM    V.13.30

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-24177-CMB | **Trustee:** (580740) | Charles O. Zebley, Jr. |
| **Case Name:** RICHARDS, ROBERT E., JR. | **Filed (f) or Converted (c):** | 10/03/13 (f) |
| RICHARDS, AMANDA R. | **§341(a) Meeting Date:** | 11/08/13 |
| **Period Ending:** 09/28/17 | **Claims Bar Date:** | 05/31/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |

Notice To File Proofs of Claim. Proofs of claim due by 05/31/2014; Objection to Debtor's Claim of Exemptions Filed by Trustee 3/28/14; Application to Employ Haggerty & Silverman, P.C. as Special Counsel Filed by Trustee; Order Setting Hearing on (RE: related document(s): [30] Objection to Debtor's Claim of Exemptions filed by Trustee Charles O. Zebley). Hearing scheduled for 4/29/2014 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4/16/2014; Order Setting Hearing on (RE: related document(s): [31] Application to Employ filed by Trustee Charles O. Zebley). Hearing scheduled for 4/29/2014 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4/16/2014; Response to Trustee's Objection to Debtors' Exemptions Regarding the Hearing on 4/29/2014. Filed by Amanda R. Richards, Robert E. Richards Jr. (RE: related document(s): [30] Objection to Debtor's Claim of Exemptions filed by Trustee Charles O. Zebley); Order Setting Hearing on (RE: related document(s): [36] Motion filed by Debtor Robert E. Richards, Joint Debtor Amanda R. Richards). Hearing scheduled for 4/29/2014 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4/16/2014; Consent to Debtors' Motion to Amend Bankruptcy Schedules B and C Filed by Trustee; Withdrawal of Trustee's Objection to Debtors' Exemptions Filed; Default Order Granting Application to Employ Haggerty & Silverman, PC., as Special Counsel. (Related Doc # [31]) Signed on 4/25/2014; Objection to Debtor's Claim of Exemptions (Amended Exemptions) Filed 4/28/14; Order Setting Hearing on (RE: related document(s): [50] Objection to Debtor's Claim of Exemptions filed by Trustee Charles O. Zebley). Hearing scheduled for 5/22/2014 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 5/12/2014; Order Rescheduling Hearing Order Signed on 4/30/2014. (RE: related document(s): [50] Objection to Debtor's Claim of Exemptions filed by Trustee Charles O. Zebley). Hearing scheduled for 5/22/2014 at 09:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 5/12/2014; Default Order Granting Objection to Debtor's Claim of Exemptions (Related Doc # [50]) Signed on 5/16/2014; Objection to Claim of Atlas Acquisitions, LLC at claim number 1. Filed by Trustee; Objection to Claim of Resurgent Capital Services at claim number 11. Filed by Trustee; Order Scheduling Date For Hearing on Objection to Claim (RE: related document(s): [60] Objection to Claim filed by Trustee Charles O. Zebley). Hearing scheduled for 10/7/2014 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 9/30/2014; Order Scheduling Date For Hearing on Objection to Claim (RE: related document(s): [60] Objection to Claim filed by Trustee Charles O. Zebley). Hearing scheduled for 10/7/2014 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 9/30/2014; Default Order Granting Objection to Claim (Related Doc # [59]) Signed on 10/2/2014; Default Order Granting Objection to Claim (Related Doc # [60]) Signed on 10/2/2014; Motion to Approve Settlement of Litigation, Objection to Exemptions, and Pay Professionals; Order Setting Hearing on (RE: related document(s): [75] Motion to Approve Settlement filed by Trustee Charles O. Zebley). Hearing scheduled for 11/12/2014 at 02:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 10/31/2014; Default Order Granting Motion to Approve Settlement (Related Doc # [75]) Signed on 11/4/2014; Request for Clerk's Certificate of Costs Filed; Clerk's Certificate of Costs Issued. Amount Due: $ 0.00; Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Charles O. Zebley Jr.. The United States Trustee has reviewed and has no objection to (i) the Trustees Final Report and Account on the Administration of the Estate and Final Application for Compensation and (ii) the Trustees Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case. Filed by U.S. Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee Chapter 7, Period: 10/4/2013 to 2/27/2015, Fee: $5,050.00, Expenses: $24.14. Filed by Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee's Attorney, Period: 2/27/2015 to 5/1/2015, Fee: $4,625.00, Expenses: $901.11. Filed by Attorney Charles O. Zebley Jr.; Notice of Trustee's Final Report and Application for Compensation Dated 5/1/2015. Filed by Charles O. Zebley Jr. Hearing scheduled for 6/9/2015 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Objections due by 5/22/2015; Order of Distribution Signed on 5/29/2015; Default Order Granting Application For Compensation (Related Doc # [86]) Granting for Charles O. Zebley, fees awarded: $5050.00, expenses awarded: $24.14 Signed on 5/29/2015; Default Order Granting Application For Compensation (Related Doc # [87]) Granting for Charles O. Zebley, fees awarded: $4625.00, expenses awarded: $901.11 Signed on 5/29/2015; Report of Unclaimed Funds Filed by Trustee; Receipt of Funds Received for Deposit into Registry Account. Receipt Number 13065, Fee Amount $135.63;

Printed: 09/28/2017 09:18 AM    V.13.30

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-24177-CMB  **Trustee:** (580740)  Charles O. Zebley, Jr.
**Case Name:** RICHARDS, ROBERT E., JR.  **Filed (f) or Converted (c):** 10/03/13 (f)
RICHARDS, AMANDA R.  **§341(a) Meeting Date:** 11/08/13
**Period Ending:** 09/28/17  **Claims Bar Date:** 05/31/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** February 27, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-24177-CMB  
**Case Name:** RICHARDS, ROBERT E., JR.  
RICHARDS, AMANDA R.  
**Taxpayer ID #:** **-***0875  
**Period Ending:** 09/28/17  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $13,793,048.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/14 | {12} | Liberty Mutual Insurance | Settlement Proceeds from Personal Injuriy Claim (Doc. No. 81) | 1149-000 | 67,500.00 | | 67,500.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.12 | 67,470.88 |
| 11/19/14 | 101 | Haggerty & Silverman, P.C. | Special Counsel Fees Per 11/4/14 Order (Doc. No. 81) | 3210-000 | | 22,500.00 | 44,970.88 |
| 11/19/14 | 102 | Haggerty & Silverman, P.C. | Special Counsel Expenses Per 11/4/14 Order (Doc. No. 81) | 3220-000 | | 3,521.92 | 41,448.96 |
| 11/19/14 | 103 | Robert E. Richards, Jr. and Amanda R. Richards | Debtors' Exemptions Per 11/4/14 Order (Doc. No. 81) | 8100-002 | | 24,500.00 | 16,948.96 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.29 | 16,868.67 |
| 12/18/14 | 104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2014 FOR CASE #13-24177, Bond # 016026363 | 2300-000 | | 22.18 | 16,846.49 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.98 | 16,811.51 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.18 | 16,787.33 |
| 06/17/15 | 105 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $5,050.00, Trustee Compensation; Reference: | 2100-000 | | 5,050.00 | 11,737.33 |
| 06/17/15 | 106 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $24.14, Trustee Expenses; Reference: | 2200-000 | | 24.14 | 11,713.19 |
| 06/17/15 | 107 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $901.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 901.11 | 10,812.08 |
| 06/17/15 | 108 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $4,625.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,625.00 | 6,187.08 |
| 06/17/15 | 109 | DISCOVER BANK | Claim No. 2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 2,408.33 | 3,778.75 |
| 06/17/15 | 110 | QUANTUM3 GROUP LLC AS AGENT FOR | Claim No. 3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 220.54 | 3,558.21 |
| 06/17/15 | 111 | QUANTUM3 GROUP LLC AS AGENT FOR | Claim No. 4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 387.70 | 3,170.51 |
| 06/17/15 | 112 | QUANTUM3 GROUP LLC AS AGENT FOR | Claim No. 5; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 225.23 | 2,945.28 |
| 06/17/15 | 113 | CAPITAL ONE BANK (USA), N.A. | Claim No. 6; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 787.99 | 2,157.29 |
| 06/17/15 | 114 | CAPITAL ONE BANK (USA), N.A. | Claim No. 7; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 722.49 | 1,434.80 |
| 06/17/15 | 115 | VISITING NURSE ASSOC. | Claim No. 8; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped on 09/28/17 | 7100-000 | | 135.63 | 1,299.17 |

Subtotals : $67,500.00    $66,200.83

{} Asset reference(s)                            Printed: 09/28/2017 09:18 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-24177-CMB | | **Trustee:** | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| **Case Name:** | RICHARDS, ROBERT E., JR. | | **Bank Name:** | Rabobank, N.A. |
| | RICHARDS, AMANDA R. | | **Account:** | ******0866 - Checking Account |
| **Taxpayer ID #:** | **-***0875 | | **Blanket Bond:** | $13,793,048.00   (per case limit) |
| **Period Ending:** | 09/28/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/17/15 | 116 | CITIBANK, N.A. | Claim No. 9; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 492.70 | 806.47 |
| 06/17/15 | 117 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Claim No. 10; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 806.47 | 0.00 |
| 07/31/17 | 118 | Clerk, U.S. Bankruptcy Court | Unclaimed funds paid to court  from final distribution--Re. Claim No. 8 | 7100-001 | | 135.63 | -135.63 |
| 09/28/17 | 115 | VISITING NURSE ASSOC. | Claim No. 8; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed Stopped: check issued on 06/17/15 | 7100-000 | | -135.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 67,500.00 | 67,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 67,500.00 | 67,500.00 | |
| | | | Less: Payments to Debtors | | | 24,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,500.00** | **$43,000.00** | |

|  |  |
|---|---|
| Net Receipts : | 67,500.00 |
| Less Payments to Debtor : | 24,500.00 |
| Net Estate : | $43,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0866** | 67,500.00 | 43,000.00 | 0.00 |
| | **$67,500.00** | **$43,000.00** | **$0.00** |

{} Asset reference(s)                                                                                                                     Printed: 09/28/2017 09:18 AM    V.13.30